UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 2 7 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA, )
　　　　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　 )
　　　　v. )
　　　　　　　　　　　　　　 )　　Criminal No. 09-00038-001 (JDB/AK)
KENNETH KPAKIMA, )
　　　　　　　　　　Defendant. )
　　　　　　　　　　　　　　 )

_PROBATION_

## CONSENT TO MODIFY ~~SUPERVISED RELEASE~~

The Defendant,between June 2010 and the date he appeared before the undersigned on

December 16, 2010,accumulated nine (9) technical violations of his ~~supervised release~~ _PROBATION_ and an

arrest for Unauthorized Use of a Vehicle, which is currently pending in D.C. Superior Court.

Prior to the violations, Mr. Kpakima was in compliance with the conditions of his ~~supervision~~ _PROBATION_

and attending a training program.  At the hearing before the undersigned, the Defendant

conceded the technical violations.  The Probation Officer recommended that the Defendant be

sanctioned for the acknowledged technical violations to a six month placement in a Residential

Re-Entry/Sanction Center and the subsistence costs waived.  Both the Defendant and the United

States, without objection, agreed that the recommendation of the Probation Office was an

appropriate sanction and that Mr. Kapkima be permitted to self surrender.  Accordingly it is

recommended that the Defendant's conditions of release be modified as follows: That the

Defendant be placed in a Residential Re-entry /Sanction Center for a period of six months and

the subsistence costs be waived.

DATED: December 17 , 2010

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Failure to file timely objections to the findings and recommendations set forth in this report may waive your right of appeal from an order of the District Court adopting such findings and recommendations. *See Thomas v. Arn*, 474 U.S. 140 (1985).

The Magistrate Judge having recommended that the conditions of Defendant's ~~supervised~~ *PROBATION* ~~release~~ be modified and there being no objection thereto, IT IS ORDERED that the recommendation of the Magistrate Judge is accepted.

DATED: December 23 , 2010

_____
UNITED STATES DISTRICT COURT JUDGE

-2-